UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MAGARITY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-04649-HSG (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/10/2018

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge